No. 93–637. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* CUMBIE. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* without an affidavit of indigency granted. Certiorari denied.

No. 93–658. OWENS-CORNING FIBERGLAS CORP. *v.* DUNN. C. A. 3d Cir. Motion of Center for Claims Resolution for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–193. NEW JERSEY CARPENTERS WELFARE FUND ET AL. *v.* DUNSTON, NEW JERSEY COMMISSIONER OF HEALTH, ET AL.; and

No. 93–194. UNITED WIRE, METAL & MACHINE HEALTH AND WELFARE FUND ET AL. *v.* MORRISTOWN MEMORIAL HOSPITAL ET AL., *ante,* p. 944. Petition for rehearing denied.

DECEMBER 14, 1993

No. 93–7085 (A–492). PHILLIPS, AKA BASHIR *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE GINSBURG would grant the application for stay of execution.

No. 93–7088 (A–493). PHILLIPS, AKA BASHIR *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE GINSBURG would grant the application for stay of execution.